HOSKINSON, *Appellant*, v. HELFERSTINE.

**Mowrer v. Helferstine,** *ante*, p. 23, affirmed.

*Appeal from Putnam Circuit Court.*—HON. ANDREW ELLISON,
Judge.

AFFIRMED.

*A. W. Mullins* for appellant.

*Smith & Krauthoff* with *H. D. Marshall* for respondent

NORTON, J.—This action was commenced by the plaint-
iff—appellant here—before a justice of the peace against
the defendant, who was collector of the revenue of Putnam
county, to recover the value of certain law books, plaint-
iff's property, which had been seized, levied upon and sold
by defendant for the alleged purpose of collecting certain
unpaid taxes for the year 1878. The plaintiff resisted the
payment of the taxes in question on the ground that they
were illegal and unauthorized by law, and so appeared upon
the face of the tax-books. Besides a levy of thirty cents
on the $100 valuation for county revenue purposes, and
thirty cents on the $100 valuation for road purposes, a bridge
tax of twenty cents and a county poor fund tax of five
cents on the $100 valuation were levied and extended in
separate columns on the tax-books. These last two items of
taxes were claimed to be illegal by plaintiff, and he refused to
pay them. The circuit court held, and so declared the law to
be, that " said bridge and poor taxes appear on said tax-
book to be unauthorized by law," but after having so de-
clared the law, the court decided that the plaintiff could
not recover, and accordingly gave judgment for defendant.
To reverse this judgment the plaintiff appealed the case to
this court.

The very same point involved in this appeal has been
passed upon adversely to appellant in the case of *Mowrer*

*v. Helferstine, ante,* p. 23, and for the reasons given in that opinion, the judgment of the circuit court is affirmed, in which all concur, except Judge SHERWOOD.